# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, AND WILLIAM SULLIVAN,<br><br>*Plaintiffs*,<br><br>v.<br><br>CLARITAS, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>*Defendants*. | Case No.: 2:2024-cv-04175 |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to FED. R. CIV. P. 7.1, the undersigned counsel for Defendant CLARITAS, LLC in the above-captioned action certifies upon information and belief that CLARITAS, LLC is a limited liability company that is wholly owned by CLARITAS HOLDINGS, INC. We are not aware that any publicly-held corporation owns 10% or more of the stock of CLARITAS, LLC.

Dated:      March 27, 2024              Respectfully Submitted,

                                                     By:   */s/ Douglas E. Motzenbecker*
**GORDON, REES, SCULLY & MANSUKHANI LLP**
Douglas E. Motzenbecker, Esq.
Joseph Salvo, Esq. (*pro hac vice* forthcoming)
John Mills, Esq. (*pro hac vice* forthcoming)
Bianca Evans, Esq. (*pro hac vice* forthcoming)
18 Columbia Turnpike – Suite 220
Florham Park, New Jersey 07932
Telephone: 1-973-549-2500 (main)
Telephone: 1-973-549-2514 (direct)
Facsimile: 1-973-377-1911 (facsimile)
dmotzenbecker@grsm.com
jsalvo@grsm.com
jtmills@grsm.com
bevans@grsm.com

*Attorneys for Defendant Claritas, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2024, a true and correct copy of Defendant's Notice Of Removal With Exhibit A, Civil Cover Sheet, and Diversity Jurisdiction Form, were electronically filed with the Clerk of the District Court and served upon counsel for Plaintiffs at the following address of record via FedEx overnight mail, postage prepaid:

Rajiv D. Parikh, Esq.
Kathleen Barnett Einhorn, Esq.
Genova Burns LLC
494 Broad Street
Newark, NJ 07102

John A. Yanhunis, Esq.
Ryan J. McGee, Esq.
201 North Franklin Street, 7th Floor
Tampa, FL 33602

Dated:   March 27, 2024            Respectfully Submitted,

By: */s/ Douglas Motzenbecker*
**GORDON, REES, SCULLY & MANSUKHANI LLP**
Douglas Motzenbecker, Esq.