# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, AND WILLIAM SULLIVAN,<br><br>Plaintiffs,<br><br>v.<br><br>CLARITAS, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | Case No.: 24-4175 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 101.1(c)(1) of the Local Rules of the United States District Court for the District of New Jersey, I, Douglas Motzenbecker, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

Bianca C. Evans
GORDON REES SCULLY MANSUKHANI, LLP
Three Logan Square, 1717 Arch Street
Suite 610
Philadelphia, PA 19103
Telephone: (215) 561-2300
Facsimile: (215) 693-6650
Email: bevans@grsm.com

Date: April 9, 2024      Respectfully submitted,

           By: */s/ Douglas Motzenbecker*
              DOUGLAS MOTZENBECKER
              **GORDON REES SCULLY MANSUKHANI, LLP**
              18 Columbia Turnpike
              Suite 220
              Florham Park, NJ 07932
              Telephone: (973)549-2514
              Facsimile: (973) 377-1911
              Email: dmotzenbecker@grsm.com

              *Attorney for Defendant Claritas, LLC*