UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**  **DATE OF PROCEEDINGS: 04/18/2024**

**JUDGE: HARVEY BARTLE III**

COURT REPORTER: Ann Marie Mitchell     **DOCKET #** CV 24-4175 (HB)

**TITLE OF CASE:**
ATLAS DATA PRIVACY CORPORATION et al.
            v.
CLARITAS, LLC et al.

**APPEARANCES:**
SEE ATTACHED LIST

NATURE OF PROCEEDINGS: STATUS CONFERENCE

Time commenced: 10:00 AM         Time Adjourned: 12:20 PM

Total: <u>2 hours and 20 minutes</u>

                                                    s/ *David Bruey*
                                                    **DEPUTY CLERK**