UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**  **DATE OF PROCEEDINGS: 05/7/2024**

**JUDGE:  HARVEY BARTLE III**

COURT REPORTER: Ann Marie Mitchell     **DOCKET #**  CV 24-4175 (HB)

**TITLE OF CASE:**
ATLAS DATA PRIVACY CORPORATION et al.
v.
CLARITAS, LLC et al.

**APPEARANCES:**
SEE ATTACHED LIST

NATURE OF PROCEEDINGS: STATUS CONFERENCE

Time commenced:  3:02 PM               Time Adjourned: 3:04 PM

Total:  2 minutes

s/ *David Bruey*
**DEPUTY CLERK**