UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**:   October 22, 2024

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:**   SHARON RICCI

**TITLE OF CASE:**         **DOCKET NO.:** 24-4175 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
CLARITAS, LLC, et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**:   HEARING ON [14] MOTION TO REMAND

Hearing on [14] Motion to Remand held on the record.
Motion taken under advisement.

s/David Bruey
Deputy Clerk

Time Commenced: 11:08a.m.    Time Adjourned: 11:12a.m.    Total Time in Court: 0:04